**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| In re: ) | MDL Docket No. _____ |
| ) | |
| T-MOBILE 2022 CUSTOMER DATA ) | |
| SECURITY BREACH LITIGATION ) | |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on February 8, 2023, I electronically filed the following: (1) Plaintiffs' Motion for Transfer of Actions to the Western District of Washington Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings; (2) Memorandum in Support of Plaintiffs' Motion; and (3) Schedule of Actions, including docket sheets and complaints for all related actions with the Clerk of the Court using the Judicial Panel on Multidistrict Litigation's CM/ECF system, which will serve notification of such filing to the email of all counsel of record in this action. I further certify that a copy of the foregoing was served on all counsel or parties in the manners indicated and addressed as follows:

| Via U.S. Mail ||
|---|---|
| Clerk of the Court<br>U.S. District Court for the Western District of Washington<br>700 Stewart Street<br>Suite 2310<br>Seattle, WA 98101 | Clerk of the Court<br>U.S. District Court for the Northern District of Florida<br>One North Palafox Street<br>Pensacola, FL 32502-5665 |
| Clerk of the Court<br>U.S. District Court for the Central District of California<br>First Street Courthouse<br>350 W. First Street<br>Los Angeles, CA 90012 | Clerk of the Court<br>United States District Court<br>500 State Avenue<br>Kansas City, KS 66101 |

| Via U.S. Mail ||
|---|---|
| Clerk of the Court<br>U.S. District Court<br>Martin Luther King Building & U.S. Courthouse<br>50 Walnut Street<br>Newark, NJ 07101 | Clerk of the Court<br>U.S. District Court<br>J. L. McMillan Federal Building and U.S. Courthouse<br>401 West Evans Street<br>Florence, SC 29501 |
| Clerk of the Court<br>U.S. District Court for the Northern District of California<br>San Francisco Courthouse<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | Clerk of the Court<br>U.S. District for the Western District of Missouri<br>Charles Evans Whittaker U.S. Courthouse<br>400 E. 9th Street<br>Kansas City, MO 64106 |
| Stephen S. Hart<br>106096<br>New Castle Corr. Facility<br>1000 Van Nuys Road<br>P.O. Box E<br>New Castle, IN 47362<br>PRO SE | |

| Via Electronic Mail ||
|---|---|
| Bryan Frederick Aylstock<br>Aylstock Witkin Kreis & Overholtz<br>17 E Main Street<br>Suite 200<br>Pensacola, FL 32502<br>baylstock@awkolaw.com<br><br>Counsel for Christine Cortazal, U.S.D.C. Northern District of Florida, Pensacola Division | Paula R Brown<br>Jennifer L MacPherson<br>Timothy G Blood<br>Blood Hurst and O Reardon LLP<br>501 West Broadway, Suite 1490<br>San Diego, CA 92101<br>jmacpherson@bholaw.com<br>pbrown@bholaw.com<br>tblood@bholaw.com<br><br>Counsel for Oscar Munoz, U.S.D.C. Central District of California, Western Division – Los Angeles |

| Via Electronic Mail | |
|---|---|
| Kurt David Kessler<br>Ling Yue Kuang<br>William M Audet<br>Audet and Partners, LLP<br>711 Van Ness Avenue<br>Suite 500<br>San Francisco, CA 94102<br>kkessler@audetlaw.com<br>lkuang@audetlaw.com<br>waudet@audetlaw.com<br><br>Counsel for Oscar Munoz, U.S.D.C. Central District of California, Western Division – Los Angeles | James E. Cecchi<br>Carella Byrne Cecchi Olstein Brody & Agnello, P.C.<br>5 Becker Farm Road<br>Roseland, NJ 07068<br>jcecchi@carellabyrne.com<br><br>Counsel for Frankie J. Gonzalez, U.S.D.C. New Jersey, Newark Division |
| Thomas P. Cartmell<br>Eric D. Barton<br>Tyler Hudson<br>Wagstaff & Cartmell<br>4740 Grand Avenue<br>Suite 300<br>Kansas City, MO 64112<br>tcartmell@wcllp.com<br>ebarton@wcllp.com<br>thudson@wcllp.com<br><br>Counsel for Judith Lynch, U.S.D.C. Western District of Missouri, Kansas City Division | Jason T Dennett<br>Kaleigh Boyd<br>Kim D Stephens<br>Tousley Brain Stephens PLLC<br>1200 Fifth Ave<br>Suite 1700<br>Seattle, WA 98101<br>jdennett@tousley.com<br>kboyd@tousley.com<br>kstephens@tousley.com<br><br>Counsel for Tamara Ferguson and Brian Heinz, U.S.D.C. Western District of Washington, Seattle Division |
| Manish Borde<br>Borde Law PLLC<br>600 Stewart St, Suite 400<br>Suite 400<br>Seattle, WA 98101<br>mborde@bordelaw.com<br><br>Counsel for Robin Dollson, Candy Howard, and Leonardo Figueroa, U.S.D.C. Western District of Washington, Seattle Division | Paul J Doolittle<br>Blake Garrett Abbott<br>Poulin Willey Anastopoulo LLC<br>32 Ann Street<br>Charleston, SC 29403<br>pauld@akimlawfirm.com<br>blake@akimlawfirm.com<br><br>Counsel for Lisa Frierson, U.S.D.C. South Carolina, Florence Division |

| **Via Electronic Mail** ||
|---|---|
| Thomas P. Cartmell<br>Eric D. Barton<br>Tyler Hudson<br>Wagstaff & Cartmell<br>4740 Grand Avenue<br>Suite 300<br>Kansas City, MO 64112<br>tcartmell@wcllp.com<br>ebarton@wcllp.com<br>thudson@wcllp.com<br><br>Counsel for Bryan Corkins, Alexandria Rehman, Patrick Thornburgh, U.S.D.C. Kansas | Kiley Lynn Grombacher<br>Lirit Ariella King<br>Marcus Bradley<br>Bradley Grombacher LLP<br>31365 Oak Creek Drive Suite 240<br>Westlake Village, CA 91361<br>kgrombacher@bradleygrombacher.com<br>lking@bradleygrombacher.com<br>mbradley@bradleygrombacher.com<br><br>Counsel for Jennifer Baughman, U.S.D.C. Central District of California, Western Division, Los Angeles |
| Sin-Ting Mary Liu<br>Aylstock Witkin Kreis and Overholtz PLLC<br>17 East Main Street, Suite 200<br>Pensacola, FL 32502<br>mliu@awkolaw.com<br><br>Counsel for Jennifer Baughman, U.S.D.C. Central District of California, Western Division, Los Angeles | |
| Michael W. Seitz<br>Spencer Fane, LLP - KC<br>1000 Walnut Street<br>Suite 1400<br>Kansas City, MO 64106<br>mseitz@spencerfane.com<br><br>Counsel for T-Mobile US, Inc., U.S.D.C. Western District of Missouri, Kansas City Division and U.S.D.C. Kansas, Kansas City | Lauren Jeffers Tsuji<br>Perkins Coie<br>1201 3rd Ave<br>Suite 4900<br>Seattle, WA 98101-3099<br>LTsuji@perkinscoie.com<br><br>Attorney for T-Mobile US, Inc. and T-Mobile USA, Inc., U.S.D.C. Western District of Washington, Seattle Division |

Dated: February 8, 2023

        Respectfully submitted,

        */s/ Cari Campen Laufenberg*
Cari Campen Laufenberg
Gretchen Freeman Cappio
Derek Loeser
Juli Farris
Emma M. Wright
**KELLER ROHRBACK L.L.P.**
claufenberg@kellerrohrback.com
gcappio@kellerrohrback.com
dloeser@kellerrohrback.com
jfarris@kellerrohrback.com
ewright@kellerrohrback.com

Christopher Springer
**KELLER ROHRBACK L.L.P.**
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

Norman E. Siegel
Jillian Dent
Barrett J. Vahle
**STUEVE SIEGEL HANSON LLP**
460 Nichols Rd., Ste. 200
Kansas City, MO 64112
(816) 714-7100
siegel@stuevesiegel.com
dent@stuevesiegel.com
vahle@steuvesiegel.com

James J. Pizzirusso
**HAUSFELD LLP**
888 16th St. NW, Ste. 300
Washington, DC 20006
jpizzirusso@hausfeld.com

Renner Walker
Steven M. Nathan
**HAUSFELD LLP**
33 Whitehall Street

14th Floor
New York, NY 10004
rwalker@hausfeld.com
snathan@hausfeld.com

***Counsel for Plaintiff Stephan Clark***