# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE:<br>T-MOBILE 2022 CUSTOMER DATA<br>SECURITY BREACH LITIGATION | MDL No. 3073 |

## WITHDRAWAL OF NOTICE OF APPEARANCE

Please take notice that Kiley L. Grombacher, hereby withdrawals her Notice of Appearance as counsel for Jennifer Baughman filed on February 23, 2023 (Dkt No. 27) as it was filed in error.

Dated: March 1, 2023

Respectfully submitted,

By: */s/ Kiley L. Grombacher*
Kiley L. Grombacher
Bradley/Grombacher LLP
31365 Oak Crest Drive, Suite 240
Westlake Village, California 91361
Kgrombacher@bradleygrombacher.com

Counsel for Jennifer Baughman, U.S.D.C. Central District of California, Western Division, Los Angeles